AO 93 (Rev. 11/13) Search and Seizure Warrant

# SEALED UNITED STATES DISTRICT COURT
## for the
### District of Nebraska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The residence and premises at 10915 Spaulding Plz,<br>Omaha, Nebraska,<br>See Attachment B | )<br>)<br>) Case No. 8:17MJ447<br>)<br>)<br>) |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2017 DEC 12 PM 12:06 OFFICE OF THE CLERK

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location)*:

The residence and premises at 10915 Spaulding Plz, Omaha, Nebraska.

For further information, see Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A for additional details.

**YOU ARE COMMANDED** to execute this warrant on or before _____ December 26, 2017 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ MICHAEL D. NELSON _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/11/2017 3:33 p.m. _____
*Judge's signature*

City and state: Omaha, Nebraska MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 8:17MJ447 | Date and time warrant executed: Tue, 12 Dec 17, 0625 | Copy of warrant and inventory left with: Aaron Marxsen |

Inventory made in the presence of: Sgt. J. Pankonin, S-308

Inventory of the property taken and name of any person(s) seized:

See attached copy of Douglas County Sheriff — Property Report / Search Warrant Inventory

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12 Dec 17

Dep. M. Dishaw S-372
*Executing officer's signature*

Dep. M. Dishaw S-372
*Printed name and title*

## ATTACHMENT A
## LIST OF ITEMS TO BE SEIZED AND SEARCHED

1. All visual depictions, including still images, videos, films or other recordings of child pornography or minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and any mechanism used for the receipt or storage of the same, including but not limited to:

> Any computer, computer system and related peripherals, including data processing devices and software (including but not limited to central processing units; internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, routers, computer compact disks, CD-ROMS, DVD, usb storage devices and flash memory storage devices, and other memory storage devices); peripheral input/output devices (including but not limited to keyboards, printer, video display monitors, scanners, digital cameras, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including but not limited to physical keys and locks).

2. Any and all computer passwords and other data security devices designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code.

3. Any and all documents, records, emails, and internet history (in documentary or electronic form) pertaining to the possession, receipt or distribution of child pornography or visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, or pertaining to an interest in child pornography whether transmitted or received.

4. Any and all records, documents, invoices, notes and materials that pertain to accounts with any Internet Service Provider, as well as any and all records relating to the ownership or use of computer equipment found in the residence.

5. Documents and records regarding the ownership and/or possession of the searched premises.

6. During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.

20

## ATTACHMENT B

## DESCRIPTION OF LOCATION TO BE SEARCHED

The location known as 10915 Spaulding Plz, Omaha, Nebraska, is identified as follows:

10915 Spaulding Plz, Omaha, Nebraska, is described as a two-story townhome with an attached one-car garage. The exterior has light yellow (cream) colored siding and red brick facade. The numbers "10915" are displayed in black above the garage door. 10915 Spaulding Plz, Omaha, Nebraska, is a townhome, one of several townhomes and apartments collectively known as The Reserve at the Knolls. The address listed in the Douglas County Assessor's website for the collective property known as The Reserve at the Knolls was listed as 3816 N. 109th Plz, Omaha, NE 68164. According to the Douglas County Assessor's Office website, the legal address is KNOLLS-THE LOT 211 BLOCK 0 -EX IRREG E 65 N 12 FT- LT 211.



# DOUGLAS COUNTY SHERIFF
## PROPERTY REPORT/ SEARCH WARRANT INVENTORY

Page 1 of 1

| Date Control: | Conversion Code: | Dist: 13 | Day/Date/Time: TUE/12 DEC 17/0625 | SR No.: B56109 |
|---|---|---|---|---|

Brought in From: 10915 SPAULDING PLZ

| Evidence Against: MARXSEN, AARON | Address: 10915 SPAULDING PLZ. | Phone: UNK | Inventory Deputy: SGT. J. PANKONIN 5306 |
|---|---|---|---|
| Property Of: MARXSEN, AARON | Address: 10915 SPAULDING PLZ. | | Phone: UNK |

Received By Crime Lab Tech (Name/Serial #):                                  Day/Date/Time:

| Item | Quantity | Description: (Size, Color, Brand, Serial #) | Time | Found By: / Location: | Released By: | Released To: |
|---|---|---|---|---|---|---|
| 5306/1 | 1 | DELL LAPTOP MOD # 15-3521 SER# UNK | 0652 | STIGGE / FAMILY ROOM | | |
| 5306/2 | 1 | ITEM OF VENUE (OPPD STATEMENT) | 0653 | DISHAW / KITCHEN | | |
| 5306/3 | 2 | FLASH CARDS ~~FLASH DRIVES~~ 4MB "PROTEON" | 0655 | MORRISSEY / UPSTAIRS MASTER BEDROOM | | |
| 5306/4 | 4 | 3 1/2" HARD DRIVES | 0655 | MORRISSEY / UPSTAIRS MASTER BEDROOM | | |
| 5306/5 | 1 | APPLE I-PAD MINI IN BLACK CASE SER# F9FSD3ESFCMG | 0657 | STIGGE / FAMILY ROOM | | |

Crime Lab Processing Needed: ☐ YES  ☒ NO

Received From I. D. Tech (Name/Serial #):

Initial Storage Location (If other than Crime Lab):

Property Officer (Serial #): Dep M. Dishaw 5-372
Signature Reporting Officer (Serial #): SGT. J.M. PANKONIN 5306
Reviewed By (Command Officer/Serial #): 5306

Storage Location (Property Division Only):

Original - Records Division                                    Copy - Subject

OSF-9C (3/2001)